# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MATA, | ) NO. SA CV 07-1079 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Fifteen-Thousand, One-Hundred and five dollars and ten cents ($15,105.10), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, the Law Offices of Martin Taller, APC, shall reimburse plaintiff the amount of Three-Thousand, One-Hundred and fifty dollars and zero cents ($3,150.00).

Dated this 31st day of March, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge